UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>ISMAEL GONZALEZ,   )<br>   )<br>   Defendant.   )  | Criminal Action No. 3:16-CR-082-CHB-01<br><br>**ORDER GRANTING UNOPPOSED<br>MOTION TO CONTINUE<br>SENTENCING** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on United States' Unopposed Motion to Continue Sentencing [R. 421]. Having reviewed the Motion and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. United States' Unopposed Motion to Continue Sentencing [**R. 421**] is **GRANTED**.

2. The Sentencing currently set for November 18, 2019, is **REMANDED** from the Court's calendar. The Sentencing is **RESCHEDULED** for **December 30, 2019, at the hour of 2:00 p.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**. **Absent specific, good cause, no further continuances will be granted in this matter.**

This the 15th day of November, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record
      United States Probation